ROBERT H. ZIMMERMAN, Bar No. 84345
CHAD C. COUCHOT, Bar No. 245455
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California  95825-6502
(916) 567-0400
FAX:  568-0400

Attorneys for Defendant OROVILLE HOSPITAL

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANNON HUGH DANIELS, deceased; decedent's wife, ARIELE ROSTAMO aka ARIELE NELSON; decedent's mother, SUSAN ADELL DANIELS; and decedent's father, JOSEPH ALBERT DANIELS, IV, individually <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF BUTTE; BUTTE COUNTY SHERIFF'S DEPARTMENT; KORY L. HONEA, individually and in his official capacity as Butte County Sheriff; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SCOTT R. JONES, individually and in his official capacity as Sacramento County Sheriff; OROVILLE HOSPITAL; WELLPATH MANAGEMENT, INC.; SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICES; and DOES 1 to 50, inclusive, <br><br> Defendants. <br> _____ | No.    2:20-CV-00445-JAM-EFB <br><br> **STIPULATION AND ORDER DISMISSING DEFENDANT OROVILLE HOSPITAL ONLY WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs CANNON HUGH

DANIELS; ARIELE ROSTAMO aka ARIELE NELSON; SUSAN ADELL DANIELS; JOSEPH

ALBERT DANIELS, IV, and Defendant OROVILLE HOSPITAL, Case No. 2:20-CV-

00445-JAM-EFB shall be dismissed without prejudice as to Defendant OROVILLE

HOSPITAL only, each party to bear their own costs and attorneys fees.

**IT IS FURTHER STIPULATED** that in the event plaintiffs elect to proceed with the current claims against Oroville Hospital in the future, those claims would be considered as asserted on February 26, 2020, the date of the filing of the original complaint, for the purpose of the statute of limitations.

**IT IS FURTHER STIPULATED** that Defendant OROVILLE HOSPITAL will produce decedent CANNON HUGH DANIELS medical records and billing records from Oroville Hospital in response to a request for production of documents.

SO STIPULATED.

Dated: August 4, 2020                                Dated: August 3, 2020

SCHUERING ZIMMERMAN & DOYLE,        ANDREW E. BAKOS & ASSOCIATES
LLP


By:/s/                                            :    By : /s/
CHAD C. COUCHOT                                        Andrew E. Bakos
400 University Avenue                                  1545 River Park Dr., Suite 205
Sacramento, California  95825                          Sacramento, CA 95815
*Attorneys for Defendant OROVILLE*                    *Attorneys for Plaintiffs CANNON HUGH*
*HOSPITAL*                                            *DANIELS; ARIELE ROSTAMO aka ARIELE*
                                                      *NELSON; SUSAN ADELL DANIELS; and*
                                                      *JOSEPH ALBERT DANIELS, IV*

### ORDER FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to the foregoing stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-entitled action be, dismissed without prejudice as to OROVILLE HOSPITAL only, with each party to bear their own costs and attorney's fees.

DATED: 8/4/2020                          /s/ John A. Mendez_____

STIPULATION AND PROPOSED ORDER DISMISSING OROVILLE HOSPITAL WITHOUT PREJUDICE
ONLY