**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Jaskirat S. Gill, SBN 330595
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Bruce S. Alpert, SBN 075684
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891

Attorneys for Defendants
COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S DEPARTMENT and KORY L. HONEA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANNON HUGH DANIELS, deceased; decedent's wife, ARIELE ROSTAMO aka ARIELE NELSON; decedent's mother, SUSAN ADELL DANIELS; and decedent's father, JOSEPH ALBERT DANIELS, IV, individually, | **Case No.: 2:20-CV-00445-JAM-EFB**<br><br>**STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT; ORDER** |
| Plaintiff, | Compl. Filed: 02/26/20 |
| vs. | |
| COUNTY OF BUTTE; BUTTE COUNTY SHERIFF'S DEPARTMENT; KORY L. HONEA, individually in his official capacity as Butte County Sheriff; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SCOTT R. JONES, individually and in his official capacity as Sacramento County Sheriff; OROVILLE HOSPITAL; WELLPATH MANAGEMENT, INC.; SACRAMENTO COUNTY DEPARTMENT of HEALTH SERVICES; and DOES 1 to 15, Inclusive, | |
| Defendant / | |

*{02271914.DOCX}*

STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER

This Stipulation is entered into by and between Plaintiffs CANNON HUGH DANIELS, ARIELE ROSTAMO AKA ARIELE NELSON, SUSAN ADELL DANIELS, and JOSEPH ALBERT DANIELS, IV ("Plaintiffs") and Defendants COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S DEPARTMENT and KORY L. HONEA ("Defendants") through their respective counsel of record.

On August 4, 2020, Counsel for Plaintiffs and the Defendants filed a Stipulation to Extend Time giving the Defendants until September 1, 2020 to respond to the complaint. Due to an unforeseen medical absence from about August 19, 2020 through September 4, 2020 counsel for Defendants requested, and counsel for Plaintiffs granted, an additional two weeks until September 14, 2020 for Defendants to respond to the complaint.

IT IS HEREBY STIPULATED AND AGREED by the Plaintiffs and the Defendants, by and through their respective counsel of record, that good cause exists to extend the deadline for Defendants to file a responsive pleading to September 14, 2020.

**IT IS SO STIPULATED.**

Date: September 1, 2020               PORTER | SCOTT
                                      A PROFESSIONAL CORPORATION

                                      By      /s/ Stephen Horan
                                          Stephen E. Horan
                                          Jaskirat S. Gill
                                          Attorneys for Defendants


Dated: August 31, 2020                ANDREW E. BAKOS & ASSOCIATES

                                      By  /s/Andrew E. Bakos (Authorized on 8/31/20 )
                                          Andew E. Bakos
                                          Attorney for Plaintiffs

*{02271914.DOCX}*

STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER

# ORDER

PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING, the deadline for Defendants to file a responsive pleading to Plaintiffs' Complaint is extended to September 14, 2020.

**IT IS SO ORDERED.**

DATED:  9/1/2020                               /s/ John A. Mendez
                                               United States District Court Judge

*{02271914.DOCX}*

STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER