**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
David R. Norton, SBN 291448
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SCOTT R. JONES, SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANNON HUGH DANIELS, deceased; decedent's wife, ARIELE ROSTAMO aka ARIELE NELSON; decedent's mother, SUSAN ADELL DANIELS; and decedent's father, JOSEPH ALBERT DANIELS, IV, individually,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF BUTTE; BUTTE COUNTY SHERIFF'S DEPARTMENT; KORY L. HONEA, individually and in his official capacity as Butte County Sheriff; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SCOTT R. JONES, individually and in his official capacity as Sacramento County Sheriff; OROVILLE HOSPITAL; WELLPATH MANAGEMENT, INC.; SACRAMENTO COUNTY DEPARTMENT of HEALTH SERVICES; and DOES I to 50, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. 2:20-cv-00445 JAM EFB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS SCOTT R. JONES AND SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICES AND ORDER**<br><br>Complaint Filed: 02/26/2020 |

/ / /

{02269998.DOCX}   1
**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS SCOTT R. JONES AND SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICES AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs and Defendants SCOTT R. JONES and SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICES that this action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a).

IT IS FURTHER STIPULATED and agreed that Defendant COUNTY OF SACRAMENTO will make available SCOTT R. JONES and any employees, officers, or agents of SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICES involved with the deceased or with his management at the jails for deposition and trial, if necessary.

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees.

**IT IS SO STIPULATED.**

Dated: August ___, 2020          PORTER SCOTT
                                 A PROFESSIONAL CORPORATION


                                 By _____
                                     Carl L. Fessenden
                                     David R. Norton
                                     Attorneys for Defendants COUNTY OF
                                     SACRAMENTO, SACRAMENTO
                                     COUNTY SHERIFF'S DEPARTMENT;
                                     SCOTT R. JONES, SACRAMENTO
                                     COUNTY DEPARTMENT OF HEALTH
                                     SERVICES


Dated: August ___, 2020          ANDREW E. BAKOS & ASSOCIATES, P.C.

                                 By _____
                                     Andrew E. Bakos
                                     Attorney for Plaintiffs


**ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to the named Defendants

identified in the Stipulation. Each party is to bear their own fees and costs, including all attorneys' fees.

Dated: 9/1/2020

/s/ John A. Mendez_____
The Honorable John A. Mendez
United States District Court Judge