**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
David R. Norton, SBN 291448
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO and SACRAMENTO COUNTY SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANNON HUGH DANIELS, deceased; decedent's wife, ARIELE ROSTAMO aka ARIELE NELSON; decedent's mother, SUSAN ADELL DANIELS; and decedent's father, JOSEPH ALBERT DANIELS, IV, individually,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF BUTTE; BUTTE COUNTY SHERIFF'S DEPARTMENT; KORY L. HONEA, individually and in his official capacity as Butte County Sheriff; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SCOTT R. JONES, individually and in his official capacity as Sacramento County Sheriff; OROVILLE HOSPITAL; WELLPATH MANAGEMENT, INC.; SACRAMENTO COUNTY DEPARTMENT of HEALTH SERVICES; and DOES I to 50, Inclusive,<br><br>Defendants._____/ | CASE NO. 2:20-cv-00445 JAM EFB<br><br>***AMENDED* STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS SCOTT R. JONES AND SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICES AND ORDER**<br><br>Complaint Filed: 02/26/2020 |

/ / /

{02269998.DOCX}    1
***AMENDED* STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS SCOTT R. JONES AND SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICES AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs and Defendants COUNTY OF SACRAMENTO; SACRAMENTO SHERIFF'S DEPARTMENT that Defendants SCOTT R. JONES and SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICES be dismissed from this action in their entirety with prejudice pursuant to Fed. R. Civ. P. 41(a).

IT IS FURTHER STIPULATED and agreed that in exchange for said dismissals, Defendant COUNTY OF SACRAMENTO; SACRAMENTO SHERIFF'S DEPARTMENT shall make available and produce SCOTT R. JONES and any employees, officers, or agents of SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICES involved with the deceased or with the management and/or control of the deceased while he was incarcerated in the Sacramento jail for his/her deposition(s) and/or at trial, if necessary, without the requirement of Plaintiff formally serving him/her by deposition and/or trial subpoena.

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees as to these dismissed Defendant's only.

**IT IS SO STIPULATED.**

Dated:  September 3, 2020

PORTER SCOTT
A PROFESSIONAL CORPORATION

By */s/ David R. Norton*
    Carl L. Fessenden
    David R. Norton
    Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SCOTT R. JONES, SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICES

Dated: September 3, 2020

ANDREW E. BAKOS & ASSOCIATES, P.C.

By */s/ Andrew E. Bakos* (as authorized on 9/3/20)
    Andrew E. Bakos
    Attorney for Plaintiffs

**ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to Defendants SCOTT R. JONES and SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICES, the named Defendants identified in the Stipulation. Each party is to bear their own fees and costs, including all attorneys' fees as to these dismissed defendants only.

Dated: September 3, 2020                    /s/ John A. Mendez_____
                                            The Honorable John A. Mendez
                                            United States District Court Judge