**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Jaskirat S. Gill, SBN 330595
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Bruce S. Alpert, SBN 075684
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891

Attorneys for Defendants
COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S DEPARTMENT and KORY L. HONEA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANNON HUGH DANIELS, deceased; decedent's wife, ARIELE ROSTAMO aka ARIELE NELSON; decedent's mother, SUSAN ADELL DANIELS; and decedent's father, JOSEPH ALBERT DANIELS, IV, individually,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF BUTTE; BUTTE COUNTY SHERIFF'S DEPARTMENT; KORY L. HONEA, individually in his official capacity as Butte County Sheriff; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SCOTT R. JONES, individually and in his official capacity as Sacramento County Sheriff; OROVILLE HOSPITAL; WELLPATH MANAGEMENT, INC.; SACRAMENTO COUNTY DEPARTMENT of HEALTH SERVICES; and DOES 1 to 15, Inclusive,<br><br>        Defendant            / | Case No.: 2:20-CV-00445-JAM-EFB<br><br>**STIPULATION TO DISMISS DEFENDANTS BUTTE COUNTY SHERIFF'S DEPARTMENT AND KORY L. HONEA WITH PREJUDICE; ORDER**<br><br>Compl. Filed: 02/26/20 |

*{02282907.DOCX}*

1  IT IS HEREBY STIPULATED and agreed by and between Plaintiffs and Defendant COUNTY OF BUTTE that Defendants KORY L. HONEA and BUTTE COUNTY SHERIFF'S DEPARTMENT be dismissed from this action in their entirety with prejudice pursuant to Fed. R. Civ. P. 41(a).

IT IS FURTHER STIPULATED and agreed that in exchange for said dismissals, Defendant COUNTY OF BUTTE shall make available and produce KORY L. HONEA, only if alternative and less intrusive means of discovery are unavailable; and any employees, officers, or agents of BUTTE COUNTY SHERIFF'S DEPARTMENT involved with the deceased or with the management and/or control of the deceased while he was incarcerated in the Butte County jail for his/her deposition(s) and/or at trial, if necessary, without the requirement of Plaintiff formally serving him/her by deposition and/or trial subpoena.

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees as to these dismissed Defendants only.

**IT IS SO STIPULATED.**

Date: September 21, 2020                PORTER | SCOTT
                                        A PROFESSIONAL CORPORATION


                                        By     /s/ Stephen Horan
                                           Stephen E. Horan
                                           Jaskirat S. Gill
                                           Attorneys for Defendants




Date: September 21, 2020                ANDREW E. BAKOS & ASSOCIATES, P.C.



                                        By    /s/
                                           Andrew E. Bakos
                                           Attorney for Plaintiff


**ORDER**

*{02282907.DOCX}*

STIPULATION TO DISMISS DEFENDANTS BUTTE COUNTY SHERIFF'S DEPARTMENT AND KORY L. HONEA WITH PREJUDICE; [PROPOSED] ORDER

Having reviewed the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to Defendants KORY L. HONEA and BUTTE COUNTY SHERIFF'S DEPARTMENT, the named Defendants identified in the Stipulation. Each party is to bear their own fees and costs, including all attorneys' fees as to these dismissed defendants only.

**IT IS SO ORDER.**

Date: September 21, 2020      /s/ John A. Mendez
                              Honorable John A. Mendez
                              United States District Court Judge

*{02282907.DOCX}*

STIPULATION TO DISMISS DEFENDANTS BUTTE COUNTY SHERIFF'S DEPARTMENT AND KORY L. HONEA WITH PREJUDICE; [PROPOSED] ORDER