ANDREW E. BAKOS, SBN 151250
ANDREW E. BAKOS & ASSOCIATES, P.C.
1545 River Park Drive, Suite 205
Sacramento, California 95815
Tel: (916) 649-0208
Fax: (916) 649-0941
Aebakos@Bakoslaw.com

DENNIS B. HILL, SBN 218131
D.B. HILL, A PROFESSIONAL LAW CORPORATION
640 Fifth Street, Suite 200
Lincoln, California 95815
Tel: (916) 434-2553
Fax: (916-434-2560
Dennis@DbhillLaw.com

Attorneys for Plaintiffs CANNON HUGH DANIELS, ARIELE ROSTAMO aka ARIELE NELSON, SUSAN ADELL DANIELS, and JOSEPH ALBERT DANIELS, IV

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

CANNON HUGH DANIELS, deceased; decedent's wife, ARIELE ROSTAMO aka ARIELE NELSON; decedent's mother SUSAN ADELL DANIELS; and decedent's father, JOSEPH ALBERT DANIELS, IV, individually,

        Plaintiffs,

vs.

COUNTY OF BUTTE; BUTTE COUNTY SHERIFF'S DEPARTMENT; KORY L. HONEA, individually and in his official capacity as Butte County Sheriff; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SCOTT R. JONES, individually and in his

Case No: 2:20-cv-00445-JAM-JDP

**JOINT STIPULATION AND ORDER FOR CONTINUANCE OF TRIAL AND RELATED DATES**

JOINT STIPULATION AND ORDER FOR CONTINUANCE OF TRIAL AND RELATED DATES
- 1 -

official capacity as Sacramento County Sheriff; OROVILLE HOSPITAL; WELLPATH MANAGEMENT, INC.; and SACRAMENTO COUNTY DEPARTMENT of HEALTH SERVICES,

      Defendants.

_____/

The parties, by and between their attorneys of record and after meeting and conferring, HEREBY STIPULATE to and request the Court adopt the following schedule:

| | |
|---|---|
| Discovery Cutoff Date: | May 20, 2022 |
| Disclosure of Expert(s) Deadline: | March 18, 2022 |
| Supplemental Disclosure Deadline: | April 1, 2022 |
| Dispositive Motion Filing Deadline: | July 1, 2022 |
| Dispositive Motion Hearing: | August 23, 2022, at 1:30 p.m. |
| Joint Mid-Litigation Statement Filing Deadline: | Fourteen (14) days prior to the close of discovery (May 6, 2022) |
| Final Pretrial Conference: | October 7, 2022 at 10:00 a.m. |
| Jury/Bench Trial | November 14, 2022 at 9:00 a.m. |

Date: December __14____, 2021

                    PORTER | SCOTT
              A PROFESSIONAL CORPORATION

              By _____/s/ Alison J. Southard_____
                    Alison J. Southard
                    William E. Camy
                    Attorneys for Butte County Defendants

**JOINT STIPULATION AND ORDER FOR CONTINUANCE OF TRIAL AND RELATED DATES**

Date: December __14____, 2021              PORTER | SCOTT
                                           A PROFESSIONAL CORPORATION


                                           By _____/s/ David R. Norton_____
                                               Carl L. Fessenden
                                               David R. Norton
                                               Suli A. Mastorakos
                                               Attorneys for Sacramento County Defendants

Date: December __14____, 2021              LAW OFFICES OF JEROME M. VARANINI


                                           By _____/s/ Jerome M. Varanini_____
                                               Jerome M. Varanini
                                               Attorneys for WELLPATH
                                               MANAGEMENT, INC.

Date: September __14____, 2021             ANDREW E. BAKOS & ASSOCIATES, P.C.


                                           By _____/s/ Andrew E. Bakos_____
                                               Andrew Bakos
                                               Attorneys for Plaintiffs

Date: September __14____, 2021             D.B. HILL, A PROFESSIONAL LAW
                                           CORPORATION


                                           By _____/s/ Dennis B. Hill_____
                                               Dennis B. Hill
                                               Attorneys for Plaintiffs

**JOINT STIPULATION AND ORDER FOR CONTINUANCE OF TRIAL AND RELATED DATES**

- 3 -

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the above-stated deadlines are adopted and the previous applicable dates are vacated.

Date:  December 20, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE